(July 7, 2017)

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TASKER SPRUILL, Petitioner, v WARDEN OF RNDC, RIKERS ISLAND, et al., Respondents. [57 NYS3d 396]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 13008/95 to release the petitioner on his own recognizance or to set reasonable bail.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that the matter is remitted to the Supreme Court, Kings County, for further proceedings to set reasonable bail upon Kings County indictment No. 13008/95, under the following conditions: (1) the petitioner shall remain within and shall not travel beyond the geographical limits of the City of New York, (2) the petitioner shall provide to the Of-

fice of the District Attorney of Kings County, in a form approved by the District Attorney, an affidavit stating that if the petitioner leaves the jurisdiction he agrees to waive his right *to* oppose extradition from any foreign jurisdiction, and (3) the petitioner shall wear an electronic monitoring bracelet with monitoring services to be provided by Secure Alert and paid for by the petitioner, and any violations shall be reported by Secure Alert to the Office of the District Attorney of Kings County and the petitioner shall be detained until such time as the alleged violation can be adjudicated before the Supreme Court, Kings County. Hall, J.P., Sgroi, Hinds-Radix and Iannacci, JJ., concur.